IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 98-CR-00341-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRUCE BOWKER,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on September 6, 2006, for preliminary hearing on the Petition to Revoke Supervised Release and detention hearing. The government was represented by AUSA Jim Boma. Defendant Bowker was present in custody represented by Federal Public Defender Virginia Grady. The Defendant is not contesting detention.

    The court has taken judicial notice of the court's file, the presentence report and has considered applicable Federal Rules of Criminal Procedure. The court now being fully informed makes the following findings of fact, conclusions of law and order.

    As to the issue of probable cause, I find that Defendant has waived his preliminary hearing on the Petition to Revoke Supervised Release and therefore probable cause exists that Defendant has violated his Supervised Release.

    Under Federal Rule of Criminal Procedure 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, Defendant Bowker has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings.

    Under the circumstances, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

    Done this 6th day of September 2006.

                    BY THE COURT

                    S/ Michael J. Watanabe
                    Michael J. Watanabe

U.S. Magistrate Judge