# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  98-cr-00341-WYD-01 |
| | USM Number:  26592-013 |
| BRUCE EUGENE BOWKER | Virginia L. Grady, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, and 7 as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 04/16/04 |
| 2 | Violation of the Law | 04/02/05 |

  The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

  It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

  It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                 September 20, 2006
                  Date of Imposition of Judgment

                  s/ Wiley Y. Daniel
                  Signature of Judge

                  Wiley Y. Daniel, U.S. District Judge
                  Name & Title of Judge

                  September 26, 2006
                  Date

DEFENDANT:  BRUCE EUGENE BOWKER
CASE NUMBER:  98-cr-00341-WYD-01                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 02/23/06 |
| 4 | Possession and Use of a Controlled Substance | 03/14/06 |
| 5 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 07/20/06 |
| 6 | Failure to Participate in Mental Health/Substance Abuse Treatment as Directed by the Probation Officer | 08/02/06 |
| 7 | Failure to Submit Monthly Supervision Reports | 06/06 |

DEFENDANT:  BRUCE EUGENE BOWKER
CASE NUMBER:  98-cr-00341-WYD-01  Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The defendant is remanded to the custody of the United States Marshal.

The Court recommends that the Bureau of Prisons designate a prison camp in Colorado for service of sentence.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  BRUCE EUGENE BOWKER
CASE NUMBER:  98-cr-00341-WYD-01                                                                 Judgment-Page 4 of 3